**Margarito ROMAN, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

No. 02–60977.

**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Sept. 15, 2003.

Salvador Colon, Colon & Olvera, Houston, TX, for Petitioner.

John Ashcroft, David V. Bernal Thomas Ward Hussey, Director, Kurt Barrett Larson, US Department of Justice, Washington, DC, Hipolito Acosta, US Immigration & Naturalization Service, Houston, TX, Caryl G. Thompson, US Immigration & Naturalization Service, New Orleans, LA, for Respondent.

Before SMITH, DUHÉ, and WIENER, Circuit Judges.

PER CURIAM.[1]

Margarito Roman petitions this court for review of the Board of Immigration Appeals' (BIA) decision affirming the Immigration Judge's order denying his application for cancellation of removal pursuant to 8 U.S.C. § 1229b(b)(1). Roman argues that his removal from the country will cause his children undue hardship. This court lacks jurisdiction to review the merits of his petition because whether Roman's children will suffer hardship if he is removed is subject to the discretion of the Attorney General. 8 U.S.C. §§ 1229(b) and 1252(a)(2)(B); *Rodriguez v. Ashcroft*, 253 F.3d 797, 799 (5th Cir.2001); *Moosa v. INS*, 171 F.3d 994, 1012–13 (5th Cir.1999).

The petition to review is DISMISSED.

1. Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.